FILED
U.S.D.C.
2023 JUL 26 AM 10:54
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

7-24-2023

I CHRISTOPHER MAURICE BELL (DOB: ███) SSN ███ would like to file a complaint for Civil Rights Section 1983 under color of law violation against the Jacksonville sheriff's office on 501 E. Bay St. Jacksonville Fl. 32202 and the state's attorney's office on 311 W. Monroe St. Jacksonville Fl. 32202 for case number 2021-CF-9154. I'm asking the court to order each party to pay me the sum of $100,000.00 for the emotional pain, mental mistreatment and the cruel and unusual punishment me and my family had to go through from the time the state agreed for the arrest warrant for 4-15-21 until I was release on 3-11-22 there was no probable cause or subject matter jurisdiction the crime was 4-16-21 and that was

not me in the viode thank you so much for your time.

Christopher Bell