UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHRISTOPHER MAURICE BELL,

    Plaintiff,

v.                                  Case No. 3:23-cv-870-TJC-LLL

JACKSONVILLE SHERIFF'S
OFFICE,

    Defendant.

## O R D E R

This case is before the Court on the Report and Recommendation of the assigned United States Magistrate Judge recommending dismissal without prejudice for failure to prosecute. Doc. 5. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Upon de novo review of the file and for the reasons stated in the Report and Recommendation, Doc. 5, it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge, Doc. 5, is **ADOPTED** as the opinion of the Court.

2. The case is **DISMISSED WITHOUT PREJUDICE**.

3. The clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Jacksonville, Florida, the 24th day of October, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

vng
Copies to:

The Honorable Laura Lothman Lambert
United States Magistrate Judge

Counsel of record